# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **WILLIAM EARL DeGRATE** | **CIVIL ACTION NO. 08-1943** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF ROYCE TONEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### RULING

Before the Court is Plaintiff William Earl DeGrate's civil rights complaint seeking injunctive relief. [Doc. No. 1].

On March 25, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 5], recommending that his complaint be dismissed with prejudice and that his requests to join co-plaintiffs and to prosecute this complaint as a class action be denied.

On April 13, 2009, Plaintiff filed an objection. [Doc. No. 6].

The Court ADOPTS the Report and Recommendation, except for the alternative analysis on the frivolity of the diet, telephone, and inadequate law library claims. [Doc. No. 5, pp. 8–12].[1]

MONROE, LOUISIANA, this 11th day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1]Magistrate Judge Hayes's alternative analysis provides that "even if the 65 inmates were allowed to join in this suit, or, even if plaintiff were permitted to litigate his claims as a class action, and, even if these claims were not subject to dismissal as moot, each, as is shown below, is legally frivolous and subject to dismissal on that basis."