# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **WILLIAM EARL DeGRATE** | **CIVIL ACTION NO. 08-1943** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF ROYCE TONEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 5], to the extent ADOPTED, and for the reasons stated in the Court's Ruling,

IT IS HEREBY ORDERED that Plaintiff's requests to join the 65 individuals listed in his complaint as co-plaintiffs and to obtain class-action certification are DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint seeking injunctive relief is DISMISSED WITHOUT PREJUDICE as MOOT.

MONROE, LOUISIANA, this 11th day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE